ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RANJIT KAUR, | CASE NO. 2:25-CV-2557-TLN-JDP |
|---|---|
| Plaintiff, | [PROPOSED] ORDER FOR STAY OF CASE IN LIGHT OF LAPSE OF APPROPRIATIONS |
| v. | |
| USCIS, ET AL., | |
| Defendants. | |

Good cause being established, Defendants' motion for a stay of this case is granted. All currently set deadlines and appearances are vacated and this case is stayed until Congress restores funding to the Department of Justice.

IT IS SO ORDERED.

Dated:   October 29, 2025                              _____
                                                       JEREMY D. PETERSON
                                                       UNITED STATES MAGISTRATE JUDGE