ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANJIT KAUR,<br><br>            Plaintiff,<br><br>       v.<br><br>JOSEPH B. EDLOW, ET AL.,<br><br>            Defendants. | CASE NO. 2:25-CV-2557 TLN-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR SECOND EXTENSION OF TIME |

Defendants respectfully request a second extension of time in which to respond to the complaint, through and including May 5, 2026. This extension of time is warranted to take further action on Plaintiff's Form I-130 petition. Once Plaintiff's Form I-130 petition has been adjudicated, it is expected that this litigation may be moot. Plaintiff has indicated that she does not oppose.[1]

The status of this case is as follows:

1. The Defendants in this case are various federal officials sued in their official capacities. In the complaint, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudication of the Form I-130, Petition for Alien Relative, of which Plaintiff is the named beneficiary, and Plaintiff's Form I-485, Application to Adjust Status,

---

[1] Counsel for Defendants called the phone number listed on the Complaint and spoke with an individual who identified themself as Marinder Preet, Kaur's daughter. Preet provided undersigned counsel with Kaur's email address and informed counsel that Kaur's English is limited. Counsel sent this stipulation to Kaur via email and obtained Kaur's consent to this stipulation via reply email.

1. contemporaneously filed with USCIS in March 2025. ECF 1 at p. 5.
2. The undersigned counsel for Defendants has reviewed Plaintiff's complaint with USCIS.
3. USCIS completed its adjudication of Plaintiff's Form I-485, and issued a Notice of Decision dated October 8, 2025, denying the application.
4. With respect to the Form I-130, for which Plaintiff is the beneficiary, USCIS issued the petitioner, Plaintiff's purported relative, a second Request for Evidence dated December 11, 2025. The petitioner of the Form I-130 has until March 5, 2026, to respond. The requested information is necessary to enable USCIS to proceed with its adjudication process. This places the onus of further action on the petitioner, Plaintiff's purported relative. USCIS anticipates that it will be able to complete its adjudication of the Form I-130 within approximately 60 days after the RFE response deadline.
5. Undersigned counsel for Defendants previously requested to stay this case due to the lapse of appropriations to the Department of Justice. In that motion, counsel for Defendants requested that the new deadline to respond to the Complaint be 41 days after funding had been restored to the Department of Justice. ECF 6. The Court granted that motion. ECF 7. Defendants' current response deadline is December 24, 2025.

*The remainder of this page is intentionally blank.*

Defendants now respectfully request to extend the answer deadline from December 24, 2025, to May 5, 2026, which is 60 days after Plaintiff's deadline to respond to the RFE. This extension of time is warranted because it will give Plaintiff's relative (the petitioner of the Form I-130) time to respond to the RFE and USCIS 60 days after the RFE response deadline to work towards completing the adjudication of Plaintiff's Form I-130 petition. Once USCIS has completed its adjudication of the Form I-130, it is expected that this lawsuit may be moot.

Dated: December 18, 2025

ERIC GRANT
United States Attorney

By:  */s/ Shelley D. Weger*
SHELLEY D. WEGER
Assistant United States Attorney

/s/ Ranjit Kaur
RANJIT KAUR
Plaintiff Pro Per

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated:   December 29, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE